# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 15-57711-MLO |
| | § | |
| RANGASWAMI PRAKASH | § | |
| SELMA PRAKASH | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Douglas S. Ellmann, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,029,018.84 | Assets Exempt: | $290,978.17 |
| Total Distributions to Claimants: | $242,353.30 | Claims Discharged Without Payment: | $427,284.72 |
| Total Expenses of Administration: | $86,290.88 | | |

3) Total gross receipts of $341,862.34 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $13,218.16 (see **Exhibit 2**), yielded net receipts of $328,644.18 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $916,621.14 | $238,260.86 | $238,260.86 | $238,260.86 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $86,290.88 | $86,290.88 | $86,290.88 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,839.57 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $130,942.68 | $322,777.49 | $322,777.49 | $4,092.44 |
| **Total Disbursements** | $1,049,403.39 | $647,329.23 | $647,329.23 | $328,644.18 |

4). This case was originally filed under chapter 7 on 12/04/2015. The case was pending for 38 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2019          By:   /s/ Douglas S. Ellmann
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 105 Avondale Ave. Jackson MI 49203-0000 Jackson Single-family home Owner by deed | 1110-000 | $10,041.32 |
| 132 E. Addison St. Jackson MI 49203-0000 Jackson Single-family home Owner by deed | 1110-000 | $10,000.00 |
| 3685 Kibby Jackson MI 49201-0000 Jackson Joint Owners by Deed | 1110-000 | $259,000.00 |
| Notes and Accounts Receivable - Unscheduled | 1221-000 | $285.12 |
| Post petition limited partnership distribution | 1223-000 | $62,535.90 |
| **TOTAL GROSS RECEIPTS** | | $341,862.34 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| PRAKASH, SELMA | Exemptions | 8100-002 | $4,438.14 |
| RANGASWAMI PRAKASH | Exemptions | 8100-002 | $8,239.27 |
| SELMA PRAKASH | Exemptions | 8100-002 | $540.75 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $13,218.16 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Jackson Treasurer | 4110-000 | $188.14 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $69,924.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $65,600.00 | $0.00 | $0.00 | $0.00 |
| | HSBC Mortgage | 4110-000 | $64,517.00 | $0.00 | $0.00 | $0.00 |
| | JP Morgan Chase | 4110-000 | $208,000.00 | $0.00 | $0.00 | $0.00 |
| | Payoff of First Mortgage Loan to Chase | 4110-000 | $0.00 | $238,260.86 | $238,260.86 | $238,260.86 |
| | Santander Consumer | 4110-000 | $25,419.00 | $0.00 | $0.00 | $0.00 |
| | Seterus, Inc. | 4110-000 | $54,318.00 | $0.00 | $0.00 | $0.00 |
| | Seterus, Inc. | 4110-000 | $72,250.00 | $0.00 | $0.00 | $0.00 |
| | Seterus, Inc. | 4110-000 | $49,787.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Seterus, Inc. | 4110-000 | $67,308.00 | $0.00 | $0.00 | $0.00 |
| Seterus, Inc. | 4110-000 | $61,310.00 | $0.00 | $0.00 | $0.00 |
| Summit Township | 4110-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | 4110-000 | $44,000.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | 4110-000 | $37,500.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | 4110-000 | $48,000.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank | 4110-000 | $48,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $916,621.14 | $238,260.86 | $238,260.86 | $238,260.86 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DOUGLAS S. ELLMANN, Trustee | 2100-000 | NA | $19,682.21 | $19,682.21 | $19,682.21 |
| DOUGLAS S. ELLMANN, Trustee | 2200-000 | NA | $49.96 | $49.96 | $49.96 |
| MRSC Insurance Partners, LLC | 2300-000 | NA | $35.84 | $35.84 | $35.84 |
| Insurance Support Center | 2420-000 | NA | $998.00 | $998.00 | $998.00 |
| Production Realty | 2420-000 | NA | $1,203.03 | $1,203.03 | $1,203.03 |
| State Farm | 2420-000 | NA | $30.69 | $30.69 | $30.69 |
| State Farm | 2420-750 | NA | $374.37 | $374.37 | $374.37 |
| State Farm/ Insurance Support Center | 2420-750 | NA | $2,453.79 | $2,453.79 | $2,453.79 |
| State Farm/Insurance Support Center | 2420-750 | NA | $3,078.18 | $3,078.18 | $3,078.18 |
| City/County tax/stamps to Jackson County, MI Register of Deeds | 2500-000 | NA | $11.00 | $11.00 | $11.00 |
| Courier Fee to MidState Title Agency of Southern Michigan, LLC | 2500-000 | NA | $15.00 | $15.00 | $15.00 |
| Owner's Title Insurance to MidState Title Agency of Southern Michigan, LLC | 2500-000 | NA | $1,295.10 | $1,295.10 | $1,295.10 |
| Real Estate Commission- listing to Production Realty | 2500-000 | NA | $6,475.00 | $6,475.00 | $6,475.00 |
| Real Estate Commission- Selling to Exit Realty 1st | 2500-000 | NA | $6,475.00 | $6,475.00 | $6,475.00 |

| Description | Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| Record Bankruptcy Order to Jackson County, MI Register of Deeds | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Record order Approving Sale to Jackson County, MI Register of Deeds | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Record Order to Jackson County, MI Register of Deeds | 2500-000 | NA | $35.00 | $35.00 | $35.00 |
| Settlement or closing fee to MidState Title Agency of Southern Michigan, LLC | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| State tax/stamps to Jackson County, MI Register of Deeds | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| State tax/stamps to State of Michigan | 2500-000 | NA | $1,942.50 | $1,942.50 | $1,942.50 |
| Title Insurance to MidState Title Agency of Southern Michigan, LLC | 2500-000 | NA | $594.50 | $594.50 | $594.50 |
| Transfer Tax to Jackson County, MI Register of Deeds | 2500-000 | NA | $284.90 | $284.90 | $284.90 |
| Wire Fee to Mid State Title Agency of Southern Michigan, LLC | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Wire Fee to MidState Title Agency of Southern Michigan, LLC | 2500-000 | NA | $45.00 | $45.00 | $45.00 |
| Bank of Texas | 2600-000 | NA | $1,217.84 | $1,217.84 | $1,217.84 |
| Pinnacle Bank | 2600-000 | NA | $325.43 | $325.43 | $325.43 |
| 2013-2015 Delinquent Property Tax to Jackson County, MI Treasurer | 2820-000 | NA | $4,946.79 | $4,946.79 | $4,946.79 |
| 2016 Property Taxes to Township of Summit, MI Treasurer | 2820-000 | NA | $1,105.69 | $1,105.69 | $1,105.69 |
| City Property Taxes 1/1/16 to 5/9/16 | 2820-000 | NA | $309.08 | $309.08 | $309.08 |
| City Property Taxes 1/1/2017 to 2/23/2017 | 2820-000 | NA | $129.40 | $129.40 | $129.40 |
| City Property Taxes from 1/1/17 to 6/20/17 | 2820-000 | NA | $2,562.15 | $2,562.15 | $2,562.15 |
| city/county tax/stamps to Jackson County, MI | 2820-000 | NA | $11.00 | $11.00 | $11.00 |

| Register of Deeds | | | | | |
|---|---|---|---|---|---|
| County Property Taxes 1/1/16 to 5/9/16 | 2820-000 | NA | $42.79 | $42.79 | $42.79 |
| County property Taxes 1/1/2017 to 2/23/2017 | 2820-000 | NA | $31.15 | $31.15 | $31.15 |
| County Property taxes from 1/1/2017 to 6/20/17 | 2820-000 | NA | $562.99 | $562.99 | $562.99 |
| Delinquent Property Tax to Jackson County, MI Treasurer | 2820-000 | NA | $2,363.45 | $2,363.45 | $2,363.45 |
| state tax/stamps to Jackson County, MI Register of Deeds | 2820-000 | NA | $75.00 | $75.00 | $75.00 |
| Water and Sewer Usage to Township of Summit, MI Treasurer | 2820-000 | NA | $100.50 | $100.50 | $100.50 |
| ELLMANN & ELLMANN, P.C., Attorney for Trustee | 3110-000 | NA | $15,970.00 | $15,970.00 | $15,970.00 |
| ELLMANN & ELLMANN, P.C., Attorney for Trustee | 3120-000 | NA | $268.55 | $268.55 | $268.55 |
| Kenneth Heverly CPA, PLLC, Accountant for Trustee | 3310-000 | NA | $5,725.00 | $5,725.00 | $5,725.00 |
| Commission to Production Realty, Realtor for Trustee | 3510-000 | NA | $3,750.00 | $3,750.00 | $3,750.00 |
| Commission to Re/Max Mid Michigan, Realtor for Trustee | 3510-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $86,290.88 | $86,290.88 | $86,290.88 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | *State of Michigan | 5800-000 | $1,839.57 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,839.57 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CONSUMERS ENERGY COMPANY | 7100-000 | $0.00 | $269.58 | $269.58 | $13.32 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $743.11 | $743.11 | $36.70 |
| 3 | Discover Bank | 7100-000 | $0.00 | $12,320.71 | $12,320.71 | $608.42 |
| 4 | Discover Bank | 7100-000 | $0.00 | $4,748.29 | $4,748.29 | $234.48 |
| 5 | Discover Bank | 7100-000 | $0.00 | $8,927.90 | $8,927.90 | $440.88 |
| 6 | JW Healthcare Solution, PLC | 7100-000 | $0.00 | $189.90 | $189.90 | $9.38 |
| 7 | University of Michigan | 7100-000 | $0.00 | $558.33 | $558.33 | $27.57 |
| 8 | Fifth Third Bank | 7100-000 | $0.00 | $11,068.62 | $11,068.62 | $546.59 |
| 9 | Fifth Third Bank | 7100-000 | $0.00 | $9,347.28 | $9,347.28 | $461.59 |
| 10 | Fifth Third Bank | 7100-000 | $0.00 | $10,080.72 | $10,080.72 | $497.81 |
| 11 | Capital One, N.A. | 7100-000 | $23,412.00 | $23,822.12 | $23,822.12 | $1,176.39 |
| 12 | HURON VALLEY AMBULANCE C/O MMCC xxx6830 | 7100-000 | $113.58 | $113.58 | $113.58 | $5.61 |
| 13 | Capital One NA | 7100-000 | $657.00 | $682.53 | $682.53 | $33.70 |
| 14 | Dyck-O'Neal, Inc. | 7200-000 | $0.00 | $17,233.72 | $17,233.72 | $0.00 |
| 15 | Dyck-O'Neal, Inc. | 7200-000 | $0.00 | $54,199.33 | $54,199.33 | $0.00 |
| 16 | Dyck-O'Neal, Inc. | 7200-000 | $0.00 | $58,732.67 | $58,732.67 | $0.00 |
| 17 | Dyck-O'Neal, Inc. as Servicer for FNMA | 7200-000 | $0.00 | $52,166.92 | $52,166.92 | $0.00 |
| 18 | Dyck-O'Neal, Inc. as Servicer for FNMA | 7200-000 | $0.00 | $57,572.18 | $57,572.18 | $0.00 |
| | *Consumers Energy* | 7100-000 | $2,413.47 | $0.00 | $0.00 | $0.00 |
| | *Discover | 7100-000 | $27,004.52 | $0.00 | $0.00 | $0.00 |
| | Allegiance Health | 7100-000 | $190.36 | $0.00 | $0.00 | $0.00 |
| | Barclay Bankcard | 7100-000 | $13,135.00 | $0.00 | $0.00 | $0.00 |
| | Center for Family Health` | 7100-000 | $14.00 | $0.00 | $0.00 | $0.00 |
| | CGM | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | Comenity | 7100-000 | $720.36 | $0.00 | $0.00 | $0.00 |
| | Complete Payment Recovery Services, Inc. | 7100-000 | $1,076.41 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Consumers Energy | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| Disney Visa/Chase | 7100-000 | $8,450.13 | $0.00 | $0.00 | $0.00 |
| Fifith Third-billing | 7100-000 | $42.85 | $0.00 | $0.00 | $0.00 |
| Fifth Third | 7100-000 | $30,984.00 | $0.00 | $0.00 | $0.00 |
| Habu Inc | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| Healthcare Solutions | 7100-000 | $77.85 | $0.00 | $0.00 | $0.00 |
| Hollywood Video/West Bay Aquistions | 7100-000 | $15.15 | $0.00 | $0.00 | $0.00 |
| Independent ER Physicians | 7100-000 | $234.40 | $0.00 | $0.00 | $0.00 |
| Jackson Radiology Consultants | 7100-000 | $42.54 | $0.00 | $0.00 | $0.00 |
| Leoni Township | 7100-000 | $192.00 | $0.00 | $0.00 | $0.00 |
| Marcoux Allen | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Med Plus After Hours | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| Sears | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/ JC Penney | 7100-000 | $11,456.81 | $0.00 | $0.00 | $0.00 |
| TLC Eye Care & Laser Centers | 7100-000 | $410.00 | $0.00 | $0.00 | $0.00 |
| University of Michigan Health System | 7100-000 | $79.00 | $0.00 | $0.00 | $0.00 |
| University of Michigan Health Systems | 7100-000 | $479.33 | $0.00 | $0.00 | $0.00 |
| Vacation Villas at Fantasy World | 7100-000 | $836.70 | $0.00 | $0.00 | $0.00 |
| Washtenaw Urgent Care | 7100-000 | $150.27 | $0.00 | $0.00 | $0.00 |
| Yellow Pages | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| Zirmed | 7100-000 | $34.95 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $130,942.68 | $322,777.49 | $322,777.49 | $4,092.44 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No.: | 15-57711-MLO | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | PRAKASH, RANGASWAMI AND PRAKASH, SELMA | | Date Filed (f) or Converted (c): | 12/04/2015 (f) |
| For the Period Ending: | 2/8/2019 | | §341(a) Meeting Date: | 01/13/2016 |
| | | | Claims Bar Date: | 08/11/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 118 Lakeside Jackson MI 49203-0000 Jackson Single-family home | $80,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | 803 21st Street Jackson MI 49203-0000 Jackson Single-family home | $80,000.00 | $0.00 | OA | $0.00 | FA |
| 3 | 1119 Cooper St Jackson MI 49203-0000 Jackson Single-family home | $82,000.00 | $0.00 | OA | $0.00 | FA |
| 4 | 234 Broad St. Jackson MI 49203-0000 Jackson | $25,000.00 | $0.00 | OA | $0.00 | FA |
| 5 | 201 W. Palmer Ave Jackson MI 49203-0000 Jackson Single-family home | $71,000.00 | $0.00 | OA | $0.00 | FA |
| 6 | 205 N. Forbes St. Jackson MI 49202-0000 Jackson Single-family home | $67,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | 203 Forest Ct Jackson MI 49203-0000 Jackson Single-family home | $113,000.00 | $0.00 | | $0.00 | FA |
| 8 | 1219 E. South St. Jackson MI 49203-0000 Jackson | $90,500.00 | $0.00 | OA | $0.00 | FA |
| 9 | 409 Hinckley Blvd Jackson MI 49203-0000 Jackson Single-family home | $95,000.00 | $0.00 | OA | $0.00 | FA |
| 10 | 3428 Sunnyheart Ave. Jackson MI 49202-0000 Jackson Single-family home | $80,000.00 | $0.00 | OA | $0.00 | FA |
| 11 | 2513 E. Ganson St. Jackson MI 49202-0000 Jackson Single-family home Future interest | $50,000.00 | $0.00 | OA | $0.00 | FA |
| 12 | 132 E. Addison St. Jackson MI 49203-0000 Jackson Single-family home Owner by deed | $60,000.00 | $1,000.00 | | $10,000.00 | FA |
| 13 | 105 Avondale Ave. Jackson MI 49203-0000 Jackson Single-family home Owner by deed | $60,000.00 | $1,000.00 | | $10,041.32 | FA |
| 14 | 201 W. South St. Jackson MI 49203-0000 Jackson | $75,000.00 | $0.00 | | $0.00 | FA |
| 15 | 534 Quarry St. Jackson MI 49201-0000 Jackson | $80,000.00 | $0.00 | OA | $0.00 | FA |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** | 15-57711-MLO |
| **Case Name:** | PRAKASH, RANGASWAMI  AND PRAKASH, SELMA |
| **For the Period Ending:** | 2/8/2019 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Date Filed (f) or Converted (c):** | 12/04/2015 (f) |
| **§341(a) Meeting Date:** | 01/13/2016 |
| **Claims Bar Date:** | 08/11/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16 | 3685 Kibby Jackson MI 49201-0000 Jackson Joint Owners by Deed | $290,000.00 | $1,000.00 | | $259,000.00 | FA |
| 17 | Make: Honda Model: Odyssey Year: 2015 | $24,000.00 | $0.00 | | $0.00 | FA |
| 18 | Household furnishings | $1,700.00 | $0.00 | | $0.00 | FA |
| 19 | Video recorder, camcorder, camera | $300.00 | $0.00 | | $0.00 | FA |
| 20 | Wardrobe | $200.00 | $0.00 | | $0.00 | FA |
| 21 | Jewelry | $4,500.00 | $0.00 | | $0.00 | FA |
| 22 | Checking (4) accounts @ Fifth Third Bank | $2,737.00 | $0.00 | | $0.00 | FA |
| 23 | Checking & saving accounts First Merit | $420.47 | $0.00 | | $0.00 | FA |
| 24 | Checking (2) accounts @ Michigan Community CU | $300.00 | $0.00 | | $0.00 | FA |
| 25 | Checking & saving accounts Bank of America | $1,025.00 | $0.00 | | $0.00 | FA |
| 26 | Ameritrade | $645.70 | $0.00 | | $0.00 | FA |
| 27 | 401k VOYA | $264,000.00 | $0.00 | | $0.00 | FA |
| 28 | 401(k) | $1,700.00 | $0.00 | | $0.00 | FA |
| 29 | 403(b) | $422.49 | $0.00 | | $0.00 | FA |
| 30 | 403(b) | $6,879.00 | $0.00 | | $0.00 | FA |
| 31 | 401(k) | $1,709.00 | $0.00 | | $0.00 | FA |
| 32 | IRA | $1,658.35 | $0.00 | | $0.00 | FA |
| 33 | Rental deposit Arun Syamala | $3,300.00 | $0.00 | | $0.00 | FA |
| 34 | Term Life Insurance through employer | $0.00 | $0.00 | | $0.00 | FA |
| 35 | Vacation Villa Fantasy World 2 Time Share Equity And Vacation Points of No Value, | $0.00 | $0.00 | | $0.00 | FA |
| 36 | Post petition limited partnership distribution (u) | $0.00 | $62,535.90 | | $62,535.90 | FA |
| 37 | Notes and Accounts Receivable - Unscheduled (u) | $0.00 | $285.12 | | $285.12 | FA |
| 38 | Insurance Refund from State Farm (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      $1,713,997.01      $65,821.02      **Gross Value of Remaining Assets**      $341,862.34      $0.00

**Major Activities affecting case closing:**

10/01/2018    Once debtors cash their exemption checks this matter is ready for final report

05/01/2018    Trustee hopes to close this matter in the next 90 days pending additional limited partnership distributions

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| **Case No.:** | 15-57711-MLO |
| **Case Name:** | PRAKASH, RANGASWAMI  AND PRAKASH, SELMA |
| **For the Period Ending:** | 2/8/2019 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Date Filed (f) or Converted (c):** | 12/04/2015 (f) |
| **§341(a) Meeting Date:** | 01/13/2016 |
| **Claims Bar Date:** | 08/11/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

01/23/2018     Trustee is closing sale on main street property in Jackson.

09/29/2017     Trustee continues to collect dwindling limited partnership distribution payments.

04/11/2017     Trustee continues to collect dwindling limited partnership distribution payments.

09/21/2016     The Trustee continues to collect post petition rents, and has listed the Avondale property.

01/27/2016     Trustee is collecting post petition rents and will sell unencumbered property.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/04/2018 |
| **Current Projected Date Of Final Report (TFR):** | 12/04/2018 |

/s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| **Case No.** | 15-57711-MLO |
| **Case Name:** | PRAKASH, RANGASWAMI AND PRAKASH, SELMA |
| **Primary Taxpayer ID #:** | **-***1835 |
| **Co-Debtor Taxpayer ID #:** | **-***1836 |
| **For Period Beginning:** | 12/4/2015 |
| **For Period Ending:** | 2/8/2019 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******4153 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2015 | (36) | RANGASWAMI PRAKASH | rents | 1223-000 | $6,520.39 | | $6,520.39 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $6,510.39 |
| 01/14/2016 | (36) | Production Realty | rents | 1223-000 | $4,654.46 | | $11,164.85 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.58 | $11,151.27 |
| 02/10/2016 | (36) | Production Realty | post petition rents | 1223-000 | $6,250.42 | | $17,401.69 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.33 | $17,380.36 |
| 03/14/2016 | (36) | Production Realty | rents | 1223-000 | $4,302.61 | | $21,682.97 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.54 | $21,651.43 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $33.71 | $21,617.72 |
| 05/10/2016 | | Midstate Title Co. | per c/o 4/22/16 | * | $4,201.43 | | $25,819.15 |
| | {12} | | $10,000.00 | 1110-000 | | | $25,819.15 |
| | | | City Property Taxes $(309.08) 1/1/16 to 5/9/16 | 2820-000 | | | $25,819.15 |
| | | | County Property Taxes $(42.79) 1/1/16 to 5/9/16 | 2820-000 | | | $25,819.15 |
| | | | Commission to Production Realty $(1,250.00) | 3510-000 | | | $25,819.15 |
| | | | Commission to Production Realty $(1,250.00) | 3510-000 | | | $25,819.15 |
| | | | Settlement or closing Fee $(150.00) to Midstate Title Agency of Southern Michigan, LLC | 2500-000 | | | $25,819.15 |
| | | | Title Insurance to $(297.25) MidState Title Agency of Southern Michigan, LLC | 2500-000 | | | $25,819.15 |
| | | | Wire Fee to Midstate Title $(15.00) Agency of Southern Michigan, LLC | 2500-000 | | | $25,819.15 |
| | | | city/county tax/stamps to $(11.00) Jackson County, MI Register of Deeds | 2820-000 | | | $25,819.15 |
| | | | state tax/stamps to $(75.00) Jackson County, MI Register of Deeds | 2820-000 | | | $25,819.15 |
| | | | Record Order to Jackson $(35.00) County, MI Register of Deeds | 2500-000 | | | $25,819.15 |
| | | | Delinquent Property Tax $(2,363.45) to Jackson County, MI Treasurer | 2820-000 | | | $25,819.15 |
| 05/12/2016 | (37) | State Farm | receivable | 1221-000 | $169.28 | | $25,988.43 |
| 05/23/2016 | 3001 | State Farm/Insurance Support Center | Insurance Payment to State Farm | 2420-750 | | $1,170.15 | $24,818.28 |
| | | | SUBTOTALS | | $26,098.59 | $1,283.12 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-57711-MLO |
| Case Name: | PRAKASH, RANGASWAMI  AND PRAKASH, SELMA |
| Primary Taxpayer ID #: | **-***1835 |
| Co-Debtor Taxpayer ID #: | **-***1836 |
| For Period Beginning: | 12/4/2015 |
| For Period Ending: | 2/8/2019 |

| | |
|---|---|
| Trustee Name: | Douglas S. Ellmann |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******4153 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.94 | $24,778.34 |
| 06/13/2016 | (36) | Production Realty | distribution from limited partnership(s) | 1223-000 | $6,057.68 | | $30,836.02 |
| 06/23/2016 | 3002 | State Farm/Insurance Support Center | Insurance Payment to State Farm 1172 0871 04 | 2420-750 | | $1,367.65 | $29,468.37 |
| 06/23/2016 | 3003 | State Farm/Insurance Support Center | Insurance Payment to State Farm 1172 0871 04 | 2420-750 | | $540.38 | $28,927.99 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.44 | $28,882.55 |
| 07/11/2016 | (36) | Production Realty | distribution from limited partnership(s) | 1223-000 | $1,582.14 | | $30,464.69 |
| 07/14/2016 | (37) | State Farm Mutual Automobile Insurance Co. | insurance refund | 1221-000 | $115.84 | | $30,580.53 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $49.08 | $30,531.45 |
| 08/11/2016 | (36) | Production Realty | distribution from limited partnership(s) | 1223-000 | $6,669.76 | | $37,201.21 |
| 08/12/2016 | 3004 | State Farm/ Insurance Support Center | Insurance Payment to State Farm | 2420-750 | | $972.00 | $36,229.21 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $53.77 | $36,175.44 |
| 09/13/2016 | (36) | Production Realty | distribution from limited partnership(s) | 1223-000 | $2,697.77 | | $38,873.21 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.57 | $38,814.64 |
| 10/11/2016 | (36) | Production Realty | rents | 1223-000 | $2,177.46 | | $40,992.10 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.61 | $40,927.49 |
| 11/14/2016 | (36) | Prooduction Realty | distribution from limited partnership(s) | 1223-000 | $2,335.28 | | $43,262.77 |
| 11/22/2016 | 3005 | State Farm/ Insurance Support Center | Insurance Payment to State Farm 1172 0871 04 | 2420-750 | | $508.79 | $42,753.98 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.50 | $42,688.48 |
| 12/12/2016 | (36) | Production Realty | distribution from limited partnership(s) | 1223-000 | $1,391.37 | | $44,079.85 |
| 12/14/2016 | 3006 | State Farm/ Insurance Support Center | Insurance Payment to State Farm 1172 0871 04 | 2420-750 | | $973.00 | $43,106.85 |
| 12/14/2016 | 3007 | MRSC Insurance Partners, LLC | Bond Payment | 2300-000 | | $21.70 | $43,085.15 |
| 12/21/2016 | 3008 | State Farm | Insurance Payment to State Farm 1172 0871 04 105 Avondale, Jackson, MI. | 2420-750 | | $836.00 | $42,249.15 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.91 | $42,179.24 |
| 01/12/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $1,017.75 | | $43,196.99 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.37 | $43,127.62 |
| 02/16/2017 | (36) | Production Realty Property Management | post petition distribution | 1223-000 | $1,711.67 | | $44,839.29 |

SUBTOTALS          $25,756.72          $55,939.71

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-57711-MLO |
| Case Name: | PRAKASH, RANGASWAMI AND PRAKASH, SELMA |
| Primary Taxpayer ID #: | **-***1835 |
| Co-Debtor Taxpayer ID #: | **-***1836 |
| For Period Beginning: | 12/4/2015 |
| For Period Ending: | 2/8/2019 |

| | |
|---|---|
| Trustee Name: | Douglas S. Ellmann |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******4153 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2017 | | Midstate Title | per c/o 2/13/17 | | * | $619.54 | | $45,458.83 |
| | {13} | | Contract Sales Price of $10,000 plus Water/sewer usage credit for 2/23 to 3/31/2017 of $41.32, for total of $10,041.32 | $10,041.32 | 1110-000 | | | $45,458.83 |
| | | | City Property Taxes 1/1/2017 to 2/23/2017 | $(129.40) | 2820-000 | | | $45,458.83 |
| | | | County property Taxes 1/1/2017 to 2/23/2017 | $(31.15) | 2820-000 | | | $45,458.83 |
| | | | Commission to Production Realty | $(1,250.00) | 3510-000 | | | $45,458.83 |
| | | | Commission to Re/Max Mid Michigan | $(1,250.00) | 3510-000 | | | $45,458.83 |
| | | | Settlement or closing fee to MidState Title Agency of Southern Michigan, LLC | $(150.00) | 2500-000 | | | $45,458.83 |
| | | | Title Insurance to MidState Title Agency of Southern Michigan, LLC | $(297.25) | 2500-000 | | | $45,458.83 |
| | | | Courier Fee to MidState Title Agency of Southern Michigan, LLC | $(15.00) | 2500-000 | | | $45,458.83 |
| | | | Wire Fee to MidState Title Agency of Southern Michigan, LLC | $(30.00) | 2500-000 | | | $45,458.83 |
| | | | City/County tax/stamps to Jackson County, MI Register of Deeds | $(11.00) | 2500-000 | | | $45,458.83 |
| | | | State tax/stamps to Jackson County, MI Register of Deeds | $(75.00) | 2500-000 | | | $45,458.83 |
| | | | Record Bankruptcy Order to Jackson County, MI Register of Deeds | $(30.00) | 2500-000 | | | $45,458.83 |
| | | | 2013-2015 Delinquent Property Tax to Jackson County, MI Treasurer | $(4,946.79) | 2820-000 | | | $45,458.83 |
| | | | 2016 Property Taxes to Township of Summit, MI Treasurer | $(1,105.69) | 2820-000 | | | $45,458.83 |
| | | | Water and Sewer Usage to Township of Summit, MI Treasurer | $(100.50) | 2820-000 | | | $45,458.83 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $63.76 | $45,395.07 |
| 03/14/2017 | (36) | Production Realty | post petition distribution | | 1223-000 | $636.02 | | $46,031.09 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $73.78 | $45,957.31 |
| | | | SUBTOTALS | | | $1,255.56 | $139,354 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-57711-MLO | |
| Case Name: | PRAKASH, RANGASWAMI AND PRAKASH, SELMA | |
| Primary Taxpayer ID #: | **-***1835 | |
| Co-Debtor Taxpayer ID #: | **-***1836 | |
| For Period Beginning: | 12/4/2015 | |
| For Period Ending: | 2/8/2019 | |

| | |
|---|---|
| Trustee Name: | Douglas S. Ellmann |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******4153 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/11/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $2,152.68 | | $48,109.99 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $73.78 | $48,036.21 |
| 05/10/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $1,202.30 | | $49,238.51 |
| 05/19/2017 | 3009 | ELLMANN & ELLMANN, P.C. | c/o 5/19/17 Trustee attorney fees | 3110-000 | | $12,085.00 | $37,153.51 |
| 05/19/2017 | 3010 | ELLMANN & ELLMANN, P.C. | c/o 5/19/17 Trustee attorney costs | 3120-000 | | $268.55 | $36,884.96 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.40 | $36,814.56 |
| 06/09/2017 | 3011 | Kenneth Heverly CPA, PLLC | Accountant for Trustee Fees p/c/o 6/8/17 | 3310-000 | | $2,925.00 | $33,889.56 |
| 06/19/2017 | | Midstate Title | per c/o 6/19/17 | * | $1,081.50 | | $34,971.06 |
| | {16} | | Sale price of property $259,000.00 $259,000.00 | 1110-000 | | | $34,971.06 |
| | | | County Property taxes from 1/1/2017 to 6/20/17 $(562.99) | 2820-000 | | | $34,971.06 |
| | | | City Property Taxes from 1/1/17 to 6/20/17 $(2,562.15) | 2820-000 | | | $34,971.06 |
| | | | Owner's Title Insurance to MidState Title Agency of Southern Michigan, LLC $(1,295.10) | 2500-000 | | | $34,971.06 |
| | | | Wire Fee to Mid State Title Agency of Southern Michigan, LLC $(30.00) | 2500-000 | | | $34,971.06 |
| | | | Real Estate Commission- listing to Production Realty $(6,475.00) | 2500-000 | | | $34,971.06 |
| | | | Real Estate Commission- Selling to Exit Realty 1st $(6,475.00) | 2500-000 | | | $34,971.06 |
| | | | Payoff of First Mortgage Loan to Chase $(238,260.86) | 4110-000 | | | $34,971.06 |
| | | | State tax/stamps to State of Michigan $(1,942.50) | 2500-000 | | | $34,971.06 |
| | | | Transfer Tax to Jackson County, MI Register of Deeds $(284.90) | 2500-000 | | | $34,971.06 |
| | | | Record order Approving Sale to Jackson County, MI Register of Deeds $(30.00) | 2500-000 | | | $34,971.06 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.74 | $34,914.32 |
| 07/05/2017 | 3012 | Insurance Support Center | Jackson View Properties #1 LLC Policy 92-NU-4869-9 | 2420-000 | | $998.00 | $33,916.32 |
| 07/08/2017 | 3013 | RANGASWAMI PRAKASH | Debtor Exemptions from sale of 3685 Kibby, Jackson MI | 8100-002 | | $540.75 | $33,375.57 |
| 07/09/2017 | 3014 | SELMA PRAKASH | Debtor Exemptions from sale of 3685 Kibby, Jackson MI | 8100-002 | | $540.75 | $32,834.82 |
| | | | SUBTOTALS | | $4,436.48 | $17,558.97 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-57711-MLO | |
| **Case Name:** | PRAKASH, RANGASWAMI AND PRAKASH, SELMA | |
| **Primary Taxpayer ID #:** | **-***1835 | |
| **Co-Debtor Taxpayer ID #:** | **-***1836 | |
| **For Period Beginning:** | 12/4/2015 | |
| **For Period Ending:** | 2/8/2019 | |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******4153 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/17/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $1,516.51 | | $34,351.33 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.27 | $34,295.06 |
| 08/11/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $1,992.77 | | $36,287.83 |
| 08/22/2017 | 3015 | State Farm | Policy Number 92-BY-K493-4 | 2420-000 | | $30.69 | $36,257.14 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $59.15 | $36,197.99 |
| 09/08/2017 | 3016 | DOUGLAS S. ELLMANN | Partial Trustee Compensation p/c/o 9/8/17 | 2100-000 | | $10,000.00 | $26,197.99 |
| 09/10/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $1,071.15 | | $27,269.14 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $47.07 | $27,222.07 |
| 10/13/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $1,446.65 | | $28,668.72 |
| 10/30/2017 | | State Farm | insurance refund | 2420-750 | ($368.00) | | $29,036.72 |
| 10/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.05 | $28,991.67 |
| 11/13/2017 | (36) | Production Realty | post petition distribution | 1223-000 | $260.30 | | $29,251.97 |
| 11/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $45.49 | $29,206.48 |
| 12/06/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $29,206.48 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTALS:** | | $63,834.73 | $63,834.73 | $0.00 |
| | **Less: Bank transfers/CDs** | | $0.00 | $29,206.48 | |
| | **Subtotal** | | $63,834.73 | $34,628.25 | |
| | **Less: Payments to debtors** | | $0.00 | $1,081.50 | |
| | **Net** | | $63,834.73 | $33,546.75 | |

**For the period of 12/4/2015 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $336,973.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $336,973.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $306,685.60 |
| Total Non-Compensable Disbursements: | $1,081.50 |
| Total Comp/Non Comp Disbursements: | $307,767.10 |
| Total Internal/Transfer Disbursements: | $29,206.48 |

**For the entire history of the account between 12/18/2015 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $336,973.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $336,973.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $306,685.60 |
| Total Non-Compensable Disbursements: | $1,081.50 |
| Total Comp/Non Comp Disbursements: | $307,767.10 |
| Total Internal/Transfer Disbursements: | $29,206.48 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-57711-MLO | |
| **Case Name:** | PRAKASH, RANGASWAMI AND PRAKASH, SELMA | |
| **Primary Taxpayer ID #:** | **-***1835 | |
| **Co-Debtor Taxpayer ID #:** | **-***1836 | |
| **For Period Beginning:** | 12/4/2015 | |
| **For Period Ending:** | 2/8/2019 | |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0013 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/06/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $29,206.48 | | $29,206.48 |
| 12/08/2017 | 5001 | MRSC Insurance Partners, LLC | Blanket Bond Premium for Period 11/01/2017-11/01/2018- Percentage of $164 (premium total) charged against ten largest estates | 2300-000 | | $14.14 | $29,192.34 |
| 12/11/2017 | (36) | Production Realty | limited partnership distribution | 1223-000 | $798.09 | | $29,990.43 |
| 01/05/2018 | | State Farm | insurance refund | 2420-750 | | ($93.63) | $30,084.06 |
| 01/10/2018 | (36) | Production Realty | limited partnership distribution | 1223-000 | $671.55 | | $30,755.61 |
| 01/16/2018 | 5002 | DOUGLAS S. ELLMANN | Partial Trustee Compensation p/c/o 9/8/17 | 2100-000 | | $5,000.00 | $25,755.61 |
| 01/18/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $32.79 | $25,722.82 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $45.38 | $25,677.44 |
| 02/13/2018 | (36) | Production Realty | limited partnership distribution | 1223-000 | $572.40 | | $26,249.84 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $37.90 | $26,211.94 |
| 03/12/2018 | (36) | Production Realty | limited partnership distribution | 1223-000 | $426.52 | | $26,638.46 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.71 | $26,595.75 |
| 04/12/2018 | (36) | Production Realty | limited partnership distribution | 1223-000 | $323.84 | | $26,919.59 |
| 04/26/2018 | 5003 | Production Realty | Repairs | 2420-000 | | $1,145.00 | $25,774.59 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $41.79 | $25,732.80 |
| 05/14/2018 | (36) | Production Realty | limited partnership distribution | 1223-000 | $667.76 | | $26,400.56 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $42.16 | $26,358.40 |
| 06/14/2018 | (36) | Production Realty | limited partnership distribution | 1223-000 | $364.80 | | $26,723.20 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $41.45 | $26,681.75 |
| 07/11/2018 | (36) | Production Reallty | limited partnership distribution | 1223-000 | $729.40 | | $27,411.15 |
| 07/13/2018 | 5004 | DOUGLAS S. ELLMANN | remainder of owed Trustee Compensation p/c/o 9/8/17 | 2100-000 | | $3,088.49 | $24,322.66 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $41.25 | $24,281.41 |
| 08/13/2018 | (36) | Production Realty | limited partnership distributions | 1223-000 | $334.40 | | $24,615.81 |
| 09/21/2018 | 5005 | Production Realty | MHSDA repair | 2420-000 | | $58.03 | $24,557.78 |
| 09/21/2018 | 5006 | PRAKASH, SELMA | per debtor's agreement as to offsets to 11 USC 522(d)(5) claimed  c/o 9/17/18 | 8100-002 | | $4,438.14 | $20,119.64 |
| 09/21/2018 | 5007 | RANGASWAMI PRAKASH | per debtor's agreement as to offsets to 11 USC 522(d)(5) claimed; c/o 9/17/18 | 8100-002 | | $7,698.52 | $12,421.12 |
| 11/16/2018 | 5008 | Douglas S. Ellmann | Trustee Compensation p/c/o 11/13/18 | 2100-000 | | $1,593.72 | $10,827.40 |
| 11/16/2018 | 5009 | DOUGLAS S. ELLMANN | Trustee Expenses p/c/o 11/13/18 | 2200-000 | | $49.96 | $10,777.44 |
| 11/16/2018 | 5010 | ELLMANN & ELLMANN, P.C. | Attorney for Trustee Fees p/c/o 11/13/18 | 3110-000 | | $3,885.00 | $6,892.44 |
| 11/16/2018 | 5011 | Kenneth Heverly CPA, PLLC | Accountant for Trustee Fees p/c/o 11/13/18 | 3310-000 | | $2,800.00 | $4,092.44 |
| | | | | SUBTOTALS | $35,095.24 | $30,002.80 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-57711-MLO | |
| **Case Name:** | PRAKASH, RANGASWAMI  AND PRAKASH, SELMA | |
| **Primary Taxpayer ID #:** | **-***1835 | |
| **Co-Debtor Taxpayer ID #:** | **-***1836 | |
| **For Period Beginning:** | 12/4/2015 | |
| **For Period Ending:** | 2/8/2019 | |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0013 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2018 | 5012 | CONSUMERS ENERGY COMPANY | Final Distribution Amount Allowed: 269.58; Claim #: 1; Amount Claimed: 269.58; Account Number: ; Amount Allowed: 269.58; Dividend: 0.10; Notes: ; Distribution D | 7100-000 | | $13.32 | $4,079.12 |
| 11/16/2018 | 5013 | Quantum3 Group LLC as agent for | Final Distribution Amount Allowed: 743.11; Claim #: 2; Amount Claimed: 743.11; Account Number: ; Amount Allowed: 743.11; Dividend: 0.29; Notes: (2-1) Money Loaned; Distribution D | 7100-000 | | $36.70 | $4,042.42 |
| 11/16/2018 | 5014 | Discover Bank | Final Distribution Amount Allowed: 12,320.71; Claim #: 3; Amount Claimed: 12,320.71; Account Number: ; Amount Allowed: 12,320.71; Dividend: 4.89; Notes: ; Distribution D | 7100-000 | | $608.42 | $3,434.00 |
| 11/16/2018 | 5015 | Discover Bank | Final Distribution Amount Allowed: 4,748.29; Claim #: 4; Amount Claimed: 4,748.29; Account Number: ; Amount Allowed: 4,748.29; Dividend: 1.88; Notes: ; Distribution D | 7100-000 | | $234.48 | $3,199.52 |
| 11/16/2018 | 5016 | Discover Bank | Final Distribution Amount Allowed: 8,927.90; Claim #: 5; Amount Claimed: 8,927.90; Account Number: ; Amount Allowed: 8,927.90; Dividend: 3.54; Notes: ; Distribution D | 7100-000 | | $440.88 | $2,758.64 |
| 11/16/2018 | 5017 | JW Healthcare Solution, PLC | Final Distribution Amount Allowed: 189.90; Claim #: 6; Amount Claimed: 189.90; Account Number: ; Amount Allowed: 189.90; Dividend: 0.07; Notes: ; Distribution D | 7100-000 | | $9.38 | $2,749.26 |
| 11/16/2018 | 5018 | University of Michigan | Final Distribution Amount Allowed: 558.33; Claim #: 7; Amount Claimed: 558.33; Account Number: ; Amount Allowed: 558.33; Dividend: 0.22; Notes: ; Distribution D | 7100-000 | | $27.57 | $2,721.69 |
| 11/16/2018 | 5019 | Fifth Third Bank | Final Distribution Amount Allowed: 11,068.62; Claim #: 8; Amount Claimed: 11,068.62; Account Number: ; Amount Allowed: 11,068.62; Dividend: 4.40; Notes: ; Distribution D | 7100-000 | | $546.59 | $2,175.10 |
| 11/16/2018 | 5020 | Fifth Third Bank | Final Distribution Amount Allowed: 9,347.28; Claim #: 9; Amount Claimed: 9,347.28; Account Number: ; Amount Allowed: 9,347.28; Dividend: 3.71; Notes: ; Distribution D | 7100-000 | | $461.59 | $1,713.51 |

SUBTOTALS    $0.00    $2,378.93

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-57711-MLO | |
| Case Name: | PRAKASH, RANGASWAMI AND PRAKASH, SELMA | |
| Primary Taxpayer ID #: | **-***1835 | |
| Co-Debtor Taxpayer ID #: | **-***1836 | |
| For Period Beginning: | 12/4/2015 | |
| For Period Ending: | 2/8/2019 | |

| | |
|---|---|
| Trustee Name: | Douglas S. Ellmann |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0013 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2018 | 5021 | Fifth Third Bank | Final Distribution Amount Allowed: 10,080.72; Claim #: 10; Amount Claimed: 10,080.72; Account Number: ; Amount Allowed: 10,080.72; Dividend: 4.00; Notes: ; Distribution D | 7100-000 | | $497.81 | $1,215.70 |
| 11/16/2018 | 5022 | Capital One, N.A. | Final Distribution Amount Allowed: 23,822.12; Claim #: 11; Amount Claimed: 23,822.12; Account Number: ; Amount Allowed: 23,822.12; Dividend: 9.47; Notes: ; Distribution D | 7100-000 | | $1,176.39 | $39.31 |
| 11/16/2018 | 5023 | HURON VALLEY AMBULANCE C/O | Final Distribution Amount Allowed: 113.58; Claim #: 12; Amount Claimed: 113.58; Account Number: ; Amount Allowed: 113.58; Dividend: 0.04; Notes: ; Distribution D | 7100-000 | | $5.61 | $33.70 |
| 11/16/2018 | 5024 | Capital One NA | Final Distribution Amount Allowed: 682.53; Claim #: 13; Amount Claimed: 682.53; Account Number: ; Amount Allowed: 682.53; Dividend: 0.27; Notes: ; Distribution D | 7100-000 | | $33.70 | $0.00 |
| 11/18/2018 | | Pinnacle Bank | Reversal of Bank Fee | 2600-000 | | ($27.57) | $27.57 |
| 11/28/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $27.57 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $34,095.24 | $34,095.24 | $0.00 |
| **Less: Bank transfers/CDs** | $29,206.48 | $0.00 | |
| **Subtotal** | $4,888.76 | $34,095.24 | |
| **Less: Payments to debtors** | $0.00 | $12,136.66 | |
| **Net** | $4,888.76 | $21,958.58 | |

**For the period of 12/4/2015 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,888.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,888.76 |
| Total Internal/Transfer Receipts: | $29,206.48 |
| | |
| Total Compensable Disbursements: | $21,958.58 |
| Total Non-Compensable Disbursements: | $12,136.66 |
| Total Comp/Non Comp Disbursements: | $34,095.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/06/2017 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,888.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,888.76 |
| Total Internal/Transfer Receipts: | $29,206.48 |
| | |
| Total Compensable Disbursements: | $21,958.58 |
| Total Non-Compensable Disbursements: | $12,136.66 |
| Total Comp/Non Comp Disbursements: | $34,095.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-57711-MLO | |
| Case Name: | PRAKASH, RANGASWAMI AND PRAKASH, SELMA | |
| Primary Taxpayer ID #: | **-***1835 | |
| Co-Debtor Taxpayer ID #: | **-***1836 | |
| For Period Beginning: | 12/4/2015 | |
| For Period Ending: | 2/8/2019 | |

| | |
|---|---|
| Trustee Name: | Douglas S. Ellmann |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0013 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $68,723.49 | $68,723.49 | $0.00 |

**For the period of 12/4/2015 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $341,862.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $341,862.34 |
| Total Internal/Transfer Receipts: | $29,206.48 |
| | |
| Total Compensable Disbursements: | $328,644.18 |
| Total Non-Compensable Disbursements: | $13,218.16 |
| Total Comp/Non Comp Disbursements: | $341,862.34 |
| Total Internal/Transfer Disbursements: | $29,206.48 |

**For the entire history of the case between 12/04/2015 to 2/8/2019**

| | |
|---|---|
| Total Compensable Receipts: | $341,862.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $341,862.34 |
| Total Internal/Transfer Receipts: | $29,206.48 |
| | |
| Total Compensable Disbursements: | $328,644.18 |
| Total Non-Compensable Disbursements: | $13,218.16 |
| Total Comp/Non Comp Disbursements: | $341,862.34 |
| Total Internal/Transfer Disbursements: | $29,206.48 |

/s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN